| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* 2:25CR02838-001SMD |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:26-cr-00119-APG-BNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT New Mexico | DIVISION Las Cruces |
|---|---|---|

FILED ✔    RECEIVED ___
ENTERED ___    SERVED ON ___

JUNE 18 2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi _____ DEPUTY

Maira Janette Perez

| NAME OF SENTENCING JUDGE Sarah M. Davenport, United States District Judge | | |
|---|---|---|
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/21/2026 | TO 02/01/2028 |

**OFFENSE**
8 U.S.C. Sec. 1324(a)(1)(A)(v)(I); Conspiracy to Transport an Illegal Alien

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant commenced her term of supervision in the District of Nevada, and we are requesting transfer of jurisdiction from the District of New Mexico to their District to monitor the defendant's supervision more efficiently and effectively.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ New Mexico _____

        IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____6/12/2026_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada _____

        IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____June 23, 2026_____
*Effective Date*

_____
*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Maira Janette Perez
Case No.:  TO BE ASSIGNED

## REQUESTING ACCEPTANCE OF JURISDICTION

June 17, 2026

TO:    United States District Judge

On October 21, 2025, Maira Janette Perez was sentenced in the District of New Mexico by the Honorable Judge Sarah M. Davenport to a term of 124 days or time served, whichever is less imprisonment followed by two (2) years of supervised release for committing the offense of Conspiracy to Transport an Illegal Alien. On October 22, 2025, supervised release commenced. Perez's supervised release time was tolled as Perez was transferred to state custody in Texas following her release from federal custody. On February 2, 2026, Perez was released from custody and commenced her supervised release term in the District of New Mexico. On March 6, 2026, the District of Nevada accepted supervision of Perez's case.

Perez has no intention of returning to the District of New Mexico. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by her signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge Sarah M. Davenport has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for Your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

*BrianaCasey*    Digitally signed by Briana Casey
Date: 2026.06.18 07:37:20
-07'00'

_____

Briana Casey
United States Probation Officer

Approved:

*Joy Gek*    Digitally signed by Joy Gabonia
Date: 2026.06.18 07:33:57
-07'00'

_____

Joy Gabonia
Supervisory United States Probation Officer